James S. SAPP, Appellant,

v.

Ronald L. SCOTT et al., Appellees.

Court of Appeals of Kentucky.

March 2, 1973.

Taylor & Elam, Lexington, for appellant.

W. T. Adkins, Boehl, Stopher, Graves & Deindoerfer, Lexington, for appellees.

Memorandum Opinion PER CURIAM, affirming.*

Elmer L. WRIGHT, Jr., Appellant,

v.

COMMONWEALTH of Kentucky et al., Appellees.

Court of Appeals of Kentucky.

March 2, 1973.

Elmer L. Wright, Jr., pro se.

Ed W. Hancock, Atty. Gen., Robert W. Willmott, Jr., Asst. Atty. Gen., Frankfort, for appellees.

Memorandum Opinion of the Court by Commissioner CULLEN, affirming.*

* Opinion ordered not to be published.